In the Matter of AMY R. GURVEY (Admitted as AMY REBECCA WEISSBROD), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted June 6, 2016; decided October 20, 2016

Motion, insofar as it seeks leave to appeal from so much of the April 21, 2016 Appellate Division order as denied appellant's motion to compel the Departmental Disciplinary Committee for the First Judicial Department to make certain files available to her, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of such order does not finally determine an action or proceeding within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

In the Matter of AMY R. GURVEY (Admitted as AMY REBECCA WEISSBROD), an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted July 25, 2016; decided October 20, 2016

Motion, insofar as it seeks reargument of this Court's June 9, 2016 order on appellant's motion for leave to appeal, denied [*see* 27 NY3d 1052 (2016)]; motion, insofar as it seeks reconsideration etc. of this Court's March 26, 2013 dismissal order (*see* 20 NY3d 1085 [2013]), dismissed upon the ground that it does not lie, appellant having previously moved for reconsideration of such order (*see* 21 NY3d 968 [2013]; Rules of Ct of Appeals [22 NYCRR] § 500.24 [e]).

Judge ABDUS-SALAAM taking no part.